UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO DE LA ROSA DE LA ROSA,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 18-cv-1649-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

On July 19, 2018, Plaintiff Hipolito De La Rosa De La Rosa initiated this action by filing a Complaint (ECF No. 1) and a Motion to Proceed *in Forma Pauperis* (ECF No. 2).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); CivLR 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

The affidavit filed by De La Rosa states "I am unable to pay the costs of these proceedings." (ECF No. 2 at 1). De La Rosa's affidavit lists two sources of "income": $188 a month in food stamps and $760 in disability (which is paid to De La Rosa's spouse). *Id.* at 2. According to the affidavit, De La Rosa has no checking or savings accounts. *Id.*

1  De La Rosa's Motion to Proceed *in Forma Pauperis* (ECF No. 2) is GRANTED.
2  All matters arising in this Social Security case are REFERRED to the Honorable Jill L.
3  Burkhardt, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(a) and Local Civil
4  Rule 72.1.

Dated: August 6, 2018

Hon. William Q. Hayes
United States District Court