# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO DE LA ROSA DE LA ROSA,<br><br>                       Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>                       Defendant. | Case No.: 18-cv-1649-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

    The matter before the Court is the review of the Report and Recommendation issued by United States Magistrate Judge Michael S. Berg (ECF No. 18), pursuant to Plaintiff and Defendant's joint motion for judicial review (EFC No. 17), recommending that Plaintiff's request for reversal of the Commissioner of Social Security Administration's decision and remand be granted and Defendant's request be denied.

    The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a Report and Recommendation to

which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 18) is adopted in its entirety. Plaintiff's request is granted, and Defendant's request is denied. (ECF No. 17). The Clerk is ordered to enter judgment remanding this action to the Commissioner of Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for a new hearing before an administrative law judge for further consideration consistent with this opinion.

Dated: August 30, 2019

Hon. William Q. Hayes
United States District Court