UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO DE LA ROSA DE LA ROSA,<br><br>                        Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                        Defendant. | Case No.: 18-cv-1649-WQH-MSB<br><br>**ORDER** |

HAYES, Judge:

    Based upon the Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (ECF No. 20):

    IT IS HEREBY ORDERED that fees and expenses in the amount of $4,400.00, as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Joint Motion.

Dated: September 16, 2019

                                      Hon. William Q. Hayes
                                      United States District Court